IN RE **Hernandez, Anthony P.** _____ Case No. _____
                                      Debtor(s)                                                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **1286 Big Horn Trl, Carol Stream, IL 60188-9006** <br> **Single family home** | 735 ILCS 5 §12-1001(b) <br> 735 ILCS 5 §12-901 | 2,785.00 <br> 6,154.07 | 215,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **401k account through employer** | 735 ILCS 5 §12-1006(a) | 5,327.00 | 5,327.00 |
| **Checking Acct. $200.00, Savings $3,000.00, $700 Daugter's savings** | 735 ILCS 5 §12-1001(b) | 3,900.00 | 3,900.00 |
| **2 Bedrooms: Beds $100.00, Bedding $55.00, Bureaus, Dressers $75.00, Picture/Mirrors $30.00, TVs, Stereos $40.00** | 735 ILCS 5 §12-1001(b) | 300.00 | 300.00 |
| **Dining Room: Table, chairs $100.00, China, Glassware $75.00, Plastic on cushions $25.00** | 735 ILCS 5 §12-1001(b) | 200.00 | 200.00 |
| **Family Room/Den: Computer $100.00, Small desk $75.00** | 735 ILCS 5 §12-1001(b) | 175.00 | 175.00 |
| **Garage/Car Port/Shed: Tools $50.00, Lawn Mower $25.00, Grill $75.00, Lawn Furniture $50.00, Christmas Decor $50.00** | 735 ILCS 5 §12-1001(b) | 250.00 | 250.00 |
| **Kitchen: Appliances $20.00, Small appliances $50..00, Table, chairs $55.00, Cookware $25.00, Dishes, Utensils $5.00** | 735 ILCS 5 §12-1001(b) | 155.00 | 155.00 |
| **Living Room: Carpets/rugs $40.00, Sofas, Chairs $150.00, Tables $50.00, TVs Stereos $75.00, Computer $60.00** | 735 ILCS 5 §12-1001(b) | 375.00 | 375.00 |
| **Anthony $200.00, Caterina $250.00, Daughter $100.00** | 735 ILCS 5 §12-1001(a) | 550.00 | 550.00 |
| **Jewelry $300** | 735 ILCS 5 §12-1001(b) | 300.00 | 300.00 |
| **2003 LINCOLN Aviator-V8** <br> **2003 Lincoln Aviator 145,000 miles** | 735 ILCS 5 §12-1001(c) | 2,400.00 | 2,400.00 |
| **2008 SATURN Vue** <br> **2008 Saturn Vue 102,000 miles** | 735 ILCS 5 §12-1001(c) | 1,300.00 | 6,800.00 |

*\* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*